**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GEORGE ALBERTO BELTRAN,      ) NO. CV 14-3380-DSF(CW)
                             )
          Petitioner,        )
                             ) JUDGMENT
     v.                      )
                             )
SOCIAL SECURITY ADMINISTRATION, )
                             )
          Respondent.        )
_____)

**IT IS ADJUDGED** that this action is dismissed without leave to amend for lack of subject matter jurisdiction.

DATED:   11/9/15

_____
DALE S. FISCHER
United States District Judge